UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE SUNDET,<br><br>            Plaintiff,<br><br>   v.<br><br>CHICAGO TITLE INSURANCE COMPANY, a foreign corporation,<br><br>            Defendant. | CASE NO. 2:22-cv-341<br><br>ORDER |

This matter comes before the Court on Plaintiff Kyle Sundet and Defendant Chicago Title Insurance Company's Stipulation to Lift Stay. Dkt. No. 19. Chicago Title filed its Motion to Dismiss or in The Alternative Stay on June 9, 2022. Dkt. No. 11. On July 8, 2022, the Honorable John C. Coughenour denied Chicago Title's motion to dismiss and stayed this matter pending resolution of the underlying case in Pierce County Superior Court. Dkt. No. 16. The parties represent that the Pierce County case has concluded, that this matter is ready to proceed, and they stipulate to lifting the stay in this case. Dkt. No. 19.

The motion is GRANTED. The parties will file a renewed Rule 26(f) Joint Status Report within 14 days of entry of this Order.

**ORDER** - 1

It is so ORDERED.

Dated this 29th day of March, 2024.

                                                Jamal N. Whitehead
                                                United States District Judge

**ORDER** - 2